DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MOCCIA** and **DENISE MOCCIA,**
Appellants,

v.

**WELLS FARGO,** as trustee in trust for
**SASCO 2007-MLN1 TRUST,**
Appellee.

No. 4D18-710

[October 18, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 2014CA001628.

W. Trent Steele and Millie Orrico of Steele Law, Hobe Sound, for appellant Michael Moccia.

Nicholas Agnello of Burr & Forman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***